PROB 35

**ORDER TERMINATING TERM OF SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>  )<br>           vs.      )<br>  )<br>**Caren ELLIS** )<br>  ) | **Docket Number:  2:02CR00410-01** |

On July 5, 2001, the above-named was placed on a term of supervised release for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Richard W. Elkins

**RICHARD W. ELKINS
United States Probation Officer**

Reviewed by:    /s/ Deborah A. Spencer
**DEBORAH A. SPENCER
Supervising United States Probation Officer**

**ORDER OF COURT**

It is ordered that the supervised releasee be discharged from the term of supervised release, and that the proceedings in the case be terminated.

Dated this 22nd day of November, 2005.

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

RWE:kms
Attachment:  Recommendation
cc:  United States Attorney's Office